

RECEIVED DEC 12 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHRISTA CARTER CHAMPION | § § | |
| VS. | § § | CASE NO. 5:16-CV-0003 (Jury) |
| STATE FARM LLOYDS | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendant in the above entitled and numbered cause and file this their Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show unto the Court as follows:

1. On or about September 26, 2016, a settlement agreement was reached between the parties.

2. The parties hereby stipulate to dismissal of all claims in this action with prejudice, as well as all claims that could have been brought by any party concerning the subject matter of this dispute.

3. The parties further stipulate that all costs of court shall be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray for relief as requested hereinabove, and for such other and further relief, whether at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

BY: _____
PAUL M. BOYD
State Bar No. 02775700
BOYD & BOYD
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (FAX)
pboyd@boydlawtexas.com

ATTORNEY FOR DEFENDANT

AND:

BY: _____
W. DAVID CARTER
State Bar No. 03932780
MERCY, CARTER, TIDWELL, L.L.P.
1724 Galleria Oaks Dr.
Texarkana, TX 75503
903/794-9419
Fax: 903/794-1268
wdcarter@texarkanalawyers.com

ATTORNEY FOR PLAINTIFF